# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 25-6874

**Case Name** California Chamber of Commerce, et. al. v. Bonta

Hearing Location (*city*) San Francisco

Your Name Lonnie Giamela

List the sitting dates for the two sitting months you were asked to review:

July 2026, August 2026

Do you have an unresolvable conflict on any of the above dates? ⦿ Yes ◯ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I am traveling home from vacation on July 6, 2026. With respect to the August calendar, I have a scheduled trial in a class action matter before the United States District Court of California - Northern District that has a high probability of proceeding forward.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Lonnie Giamela     **Date** 3/23/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**                                                                 *New 12/01/2018*